UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 27679
  MARY VILLAS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-8582

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/08 .

    2.  The case was dismissed without confirmation, 11/14/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------

         Summary of disbursements:
------------------------------------------------------------------------
                     SECURED     PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00        .00         .00         .00
PRINCIPAL PAID           .00         .00        .00         .00         .00
INTEREST PAID            .00         .00        .00         .00         .00
TOTAL PAID               .00         .00        .00         .00         .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $      .00 .

    Dated: 02/11/09                   /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 08 B 27679 MARY VILLAS